UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Lori Canale,

                     Plaintiff,              Case No. 7:16-cv-03308-CS

    -against-

Colgate-Palmolive Co.

                     Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Courtney Maccarone**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CM5863   My State Bar Number is 5030150

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Levi & Korsinsky, LLP
                FIRM ADDRESS: 30 Broad Street, 24th Floor, New York, NY 10004
                FIRM TELEPHONE NUMBER: 212-363-7500
                FIRM FAX NUMBER: 866-367-6510

NEW FIRM:   FIRM NAME: Levi & Korsinsky, LLP
                FIRM ADDRESS: 55 Broadway, 10th Floor, New York, NY 10006
                FIRM TELEPHONE NUMBER: 212-363-7500
                FIRM FAX NUMBER: 212-363-7171

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 9/5/18                                  s/Courtney Maccarone CM-5863
                                                                        ATTORNEY'S SIGNATURE